## Walter Johnson, Administrator of Estate of Doris Johnson, Deceased, Appellee, v. Francis S. McKnight and Morton Salt Company. Francis S. McKnight, Appellant.

### Gen. No. 9,733.

opinion filed January 14, 1942; rehearing denied February 27, 1942; modified opinion filed March 26, 1942. Carl A. Swenson, for appellant; Frank E. Maynard, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."